IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY A. BROWN                                                                            PETITIONER
ADC #80026

V.
                                          5:10CV00205 JMM

RAY HOBBS                                                                                    RESPONDENT
Director, Arkansas
Department of Correction

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE